IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARCHER WESTERN CONTRACTORS, LLC, formerly known as Archer Western Contractors, Ltd.,

    Plaintiff,

v.                                                                        Case No.: 2:14-cv-469-FtM-38CM

LEE COUNTY, E.C. DRIVER & ASSOCIATES, INC., URS CORP., and JAMES M. PHILLIPS III, P.E.,

    Defendants.
_____/

**ORDER**[1]

    This matter is before the Court on Plaintiff Archer Western Contractors, LLC's Notice of Filing Joint Proposed Order (Doc. #45) filed on December 15, 2014. The undersigned held a Preliminary Pretrial Conference on December 1, 2014 (Doc. #39), at which time the parties discussed the disclosure of privileged materials during this case. The Court instructed the parties to file a joint proposed order on the matter. Consequently, the parties have submitted to a Joint Proposed Order that outlines their agreement on matters related to Rule 502(d) of the Federal Rules of Evidence for the Court's approval. (Doc. #45 at 3-7).

    Accordingly, it is now

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**ORDERED:**

Plaintiff Archer Western Contractors, LLC's Notice of Filing of Joint Proposed Order (Doc. #45) is **GRANTED**.  The Court will issue an Order on the disclosure of the privileged material pursuant to Rule 502(d) of the Federal Rules of Evidence under separate cover.

**DONE** and **ORDERED** in Fort Myers, Florida this 16th day of December, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record