UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARCHER WESTERN CONTRACTORS, LLC, formerly known as Archer Western Contractors, Ltd.

      Plaintiff,

v.                                Case No: 2:14-cv-469-FtM-38CM

LEE COUNTY, E.C. DRIVER & ASSOCIATES, INC., URS CORP., JAMES M. PHILLIPS, III , URS CORPORATION SOUTHERN and AECOM TECHNOLOGY CORP.,

      Defendants/Third Party Plaintiff

URS CORPORATION SOUTHERN,

      Third Party Defendant.
_____/

**ORDER**[1]

This matter comes before the Court on the Mediator's Report ([Doc. #57](Doc. #57)) filed on April 2, 2015. In accordance with the Case Management and Scheduling Order, the parties attended a mediation conference before Mediator James L. Nulman on March 24, 2015. ([Doc. #40](Doc. #40)). According to the Mediator's Report, the parties adjourned mediation.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(Doc. #57). To date, however, the parties have not advised the Court as to the status of the adjourned mediation.

Accordingly, it is now

**ORDERED:**

The parties shall advise the Court on or before **April 16, 2015**, as to the status of mediation in this case.

**DONE** and **ORDERED** in Fort Myers, Florida this 9th day of April, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record